1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARL BOWIE,

11          Plaintiff,              No. 2:12-cv-1220 KJN P

12      vs.

13   L.D. ZAMORA, et al.,           ORDER AND

14          Defendants.             FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed July 24, 2012, plaintiff's second amended complaint was dismissed

17   and thirty days leave to file a third amended complaint was granted.  The thirty day period has

18   now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the

19   court's order.

20          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the

21   Court is directed to assign a district judge to this case; and

22          IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24          These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

26   days after being served with these findings and recommendations, plaintiff may file written

1

1   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

3   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

4   F.2d 1153 (9th Cir. 1991).

5   DATED:  September 6, 2012

6

7

8   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

9   bowi1220.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2