IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL BOWIE,

    Plaintiff,                    No. 2:12-cv-1220 KJN P

    vs.

L.D. ZAMORA, et al.,               ORDER AND

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed July 24, 2012, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written

1

1 | objections with the court. The document should be captioned "Objections to Magistrate Judge's
2 | Findings and Recommendations." Plaintiff is advised that failure to file objections within the
3 | specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
4 | F.2d 1153 (9th Cir. 1991).
5 | DATED: September 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bowi1220.fta